CHARLES L. GRIDLEY et al., Respondents, *v.* THE HOME INSURANCE COMPANY, Appellant.

(Argued October 9, 1930; decided October 24, 1930.)

*James M. H. Wallace, H. Frank Dake* and *Joseph Swart* for appellant.

*Acton M. Hill* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.